**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Maria Yobal PEREZ, a.k.a. Maria Echeverria, a.k.a. Jenny, Defendant–Appellant.**

**No. 13–12108**
**Non–Argument Calendar.**

United States Court of Appeals, Eleventh Circuit.

Aug. 19, 2014.

Michael V. Herskowitz, Elizabeth McBath, Lawrence R. Sommerfeld, Sally

---

Yates, U.S. Attorney's Office, Atlanta, GA, for Plaintiff–Appellee.

Elizabeth A. Brandenburg, Law Office of Marcia G. Shein, Decatur, GA, for Defendant–Appellant.

Maria Yobal Perez, Tallahassee, FL, pro se.

Before PRYOR, HILL and FAY, Circuit Judges.

PER CURIAM:

Elizabeth A. Brandenburg, retained counsel for Maria Yobal Perez in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Perez's conviction and sentence are **AFFIRMED.**